**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
AJAMU WHITE,                                                :
                                                            :
                        Petitioner,                         :      21-CV-0132 (GHW) (OTW)
                                                            :
            -against-                                       :      ORDER
                                                            :
MICHAEL CAPRA,                                              :
                                                            :
                        Respondent.                         :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Petitioner's letter requesting an expansion of his reply's page limit. (ECF 17). The application is **GRANTED**. The page limit shall be 50 pages. The reply is due by July 12, 2021. *See* ECF 16.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Petitioner.

**SO ORDERED.**

Dated: May 13, 2021  
       New York, New York

                                                *s/ Ona T. Wang*  
                                                **Ona T. Wang**  
                                                United States Magistrate Judge