USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
AJAMU WHITE,                                                 :
                                                             :
                              Petitioner,                    :     1:21-cv-00132-GHW
                                                             :
            -v -                                             :     ORDER
                                                             :
MICHAEL CAPRA,                                               :
                                                             :
                              Respondent.                    :
                                                             :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On September 14, 2021, Petitioner filed a pre-emptive request for an extension of time to respond to Magistrate Judge Ona T. Wang's report & recommendation. There is no report & recommendation currently pending. Petitioner points to the current conditions at Sing Sing Correctional Facility and his inability to access the law library as justification for the request. Because the Court does not know whether the current conditions at Sing Sing Correctional Facility will be in effect when the report & recommendation is issued, the Court declines to grant an extension in advance of the report's issuance.

The Clerk of Court is directed to send a copy of this Order by certified mail to the petitioner.

SO ORDERED.

Dated: September 17, 2021
New York, New York
                                                   _____
                                                         GREGORY H. WOODS
                                                      United States District Judge