UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2026

AJAMU WHITE,

                      Petitioner,

           -v-

MICHAEL CAPRA,

                    Respondent.

------------------------------------------------------------------- X

                   1:21-cv-132-GHW

                    ORDER

GREGORY H. WOODS, United States District Judge:

On January 15, 2026, the Court received a letter from *pro se* Petitioner Ajamu White requesting an update on the status of his pending petition for a writ of habeas corpus. Dkt. No. 33. By an order dated January 14, 2021, this Court referred this matter to Magistrate Judge Wang for a Report and Recommendation. Dkt. No. 7. The Court hereby withdraws its January 14, 2021 order referring to this matter to Magistrate Judge Wang. The Court recognizes that Mr. White's petition has been pending since 2021 and will endeavor to resolve it as soon as practicable.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Petitioner by certified mail.

SO ORDERED.

Dated: February 3, 2026
       New York, New York

                                _____
                                 GREGORY H. WOODS
                            United States District Judge