USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                              :

AJAMU WHITE,                                 :

                          Petitioner,    :               1:21-cv-132-GHW

              -v-                     :                ORDER

MICHAEL CAPRA,                      :

                       Respondent.   :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 10, 2026, Magistrate Judge Ona T. Wang issued a Report and Recommendation (the "R&R"), recommending that Petitioner's petition for a writ of *habeas corpus* be denied. Dkt. No. 36. Petitioner's objections to the R&R were docketed on March 26, 2026. Dkt. No. 40. Respondent's opposition, if any, is due no later than April 23, 2026. Petitioner may not file a reply brief without prior leave of Court.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Petitioner by certified mail.

SO ORDERED.

Dated: March 27, 2026
       New York, New York

                                       _____
                                         GREGORY H. WOODS
                                  United States District Judge